IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HAROLD R. BERK,

        Plaintiff,

v.  :  Civil Action No. 22-1506-RGA

WILSON C. CHOY, M.D., et al.,

        Defendants.

ORDER DISMISSING CASE

For the reasons stated in the accompanying Memorandum, upon review of Defendants' motions for in camera review of affidavit of merit (D.I. 32, 33, 34), I have determined Plaintiff has not complied with Delaware's affidavit of merit statute.[1] Plaintiff's three medical negligence counts are **DISMISSED** without prejudice. Plaintiff's motion to withdraw fourth, fifth, and sixth causes of action (D.I. 53) is **GRANTED**. The other pending motions (D.I. 44, 46, 50, 72) are **DISMISSED** as moot. As all claims have been dismissed or withdrawn, the Clerk of Court is directed to **CLOSE** the case.

IT IS SO ORDERED this 4th day of April 2023.

United States District Judge

---

[1] I **GRANT** Plaintiff's motion for leave to file a sur-reply. (D.I. 42).